IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE GIBBS                                                                                    PLAINTIFF

vs.                                          CASE NO. **3:06CV169GH**

CITY OF TYRONZA, ARKANSAS, ET AL.                                               DEFENDANTS

**ORDER**

Pending before the Court is the motion to dismiss of the Tyronza Police Department. The police department states that it is not a legal entity separate from the City of Tyronza and therefore is not subject to suit. *See Ketchum v. City of West Memphis, Arkansas*, 974 F. 2d 81 (8th Cir. 1992) (municipal police departments are not judicial entities subject to suit). Plaintiff agrees that the police department is not a suable entity and does not object to its dismissal.

Accordingly, the motion of Tyronza Police Department to dismiss is granted and it is dismissed as a defendant in this action.

IT IS SO ORDERED this 16th day of January, 2007.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-