IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE GIBBS                                                   PLAINTIFF

vs.                        CASE NO. **3:06CV169GH**

CITY OF TYRONZA, ARKANSAS, ET AL.                    DEFENDANTS

## **ORDER**

Pending before the Court is defendants' motion to stay proceedings. Defendant Rodney Davis has filed a Chapter 13 Bankruptcy proceeding, and this cause is subject to the automatic stay of 11 U.S.C. § 362. Defendants state that the claims against the defendants all arise from a common series of fact and that the action cannot proceed in the absence of defendant Davis. Plaintiff does not object.

Accordingly, the motion to stay is granted . The Clerk is directed to administratively terminate this case in his records, without prejudice to the right of the parties to reopen the proceedings within thirty days of the resolution of the bankruptcy proceeding, or for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

IT IS SO ORDERED this 20th day of March, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

-1-