**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LAWRENCE GIBBS**                                    **PLAINTIFF**

**vs.**                                          **NO. 3:06CV000169GH**

**CITY OF TYRONZA, ARKANSAS, TYRONZA
POLICE DEPARTMENT, MAYOR MARION
BEARDEN, Individually and as Mayor, CITY OF
TYRONZA, ARKANSAS, TONY TURNER,
Individually and as Police Chief, CITY OF
TYRONZA, ARKANSAS, AND RODNEY DAVIS,
Individually and as Patrolman, CITY OF
TYRONZA, ARKANSAS**                              **DEFENDANTS**

**ORDER OF NON-SUIT**

NOW on this 16 day of June, 2011 is presented to the Court the

Plaintiff's petition to non-suit this cause, from which the Court finds:

1. That the order to non-suit has been approved by Michael Mosley, attorney for all

Defendants.

2. The Court being well and sufficiently advised hereby grants without prejudice the

non-suit petition filed by the Plaintiff as to all Defendants.

**IT IS SO ORDERED.**

Federal District Court Judge

6/16/11

Date Entered

Approved as to form:

Michael Mosley, attorney for all
Defendants

This document prepared by
Robert M. Ford #70024
Attorney at Law
P.O. Box 551
Wynne, AR 72396-0551
(870) 238-9393